## HARLAN MOTOR COMPANY, Appellant, v. D. SIDDENS, Appellee.

Court of Appeals of Kentucky.

Nov. 3, 1943..

J. B. Carter and Astor Hogg for appellant.

E. L. Morgan for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.

## J. S. COLLINS, Movant, v. Betsey FLOYD, Opposed.

Court of Appeals of Kentucky.

Nov. 5, 1943.

H. D. Parrish and J. D. Chenault for movant.

Carl F. Eversole, opposed.

PER CURIAM.

Judgment for $200.00 for libel.

Appeal denied; judgment affirmed..